## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Peter G Ross

                    Plaintiff,

v.                                       Case No.: 1:22–cv–03803
                                            Honorable Sharon Johnson Coleman

Matthew J Ross, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 7/25/2022. Plaintiff's motion for temporary restraining order and preliminary injunction [3] is entered and continued. Parties are to submit a proposed agreed order to the Court. Continued hearing is set for 8/5/2022 at 11:30 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.