UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER G. ROSS, as trustee of the Andrew B. and Judith A. Ross 2011 Trust

                Plaintiff,

v.

MATTHEW J. ROSS, ALLISON H. ROSS AND JOHN J. ROSS,

                Defendants.

No. 1:22-cv-3803

## AGREED TEMPORARY RESTRAINING ORDER

This matter coming on the be heard on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; due notice having been given; the matter having been heard telephonically; Defendants Matthew J. Ross and Allison H. Ross having personally appeared, Plaintiff Peter G. Ross having appeared by his attorney, and Judith A. Ross being represented at the hearing by Attorney Jeffrey Kabbe; the Court having heard argument of the parties; the parties having agreed that there should be no conveyances of any property the Andrew B. and Judith A. Ross 2011 Trust, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Defendants shall retain counsel to represent them by <u>July 29, 2022</u>.

2. This matter is set for <u>August 5, 2022 at 11:30 A.M</u>. for further status on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

3. The status hearing will proceed by telephone conference. The call-in number is **(877) 336−1829** and the access code is **5205245**. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

4. All parties are restrained from conveying or disbursing, and shall not convey or disburse, any property of the Andrew B. and Judith A. Ross 2011 Trust until further order of Court, unless agreed to in writing by all of the parties. This restraining order includes

the engagement of any broker for the sale of any real property, or any other contract related to any property owned by the Trust.

Date: July 27, 2022

_____
Sharon Johnson Coleman
United States District Judge